UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

Eastern District of Kentucky
FILED
JUN - 5 2008
AT COVINGTON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| ALLISON GINDELE, ADAM GINDELE, and ANITA GINDELE, Conservator For Adam Gindele,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN UNITED LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:05-CV-100-DLB<br>[Electronically Filed] |

### ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court on the Stipulation of Dismissal filed by the parties. Having considered the matter, and being duly advised, the Court now DISMISSES this case, in its entirety, with prejudice, each party is responsible for its own attorney's fees and costs.

IT IS SO ORDERED this 4th day of June, 2008.

_____
United States District Judge

Distribution to:

Bart A. Karwath
Barnes & Thornburg LLP
bart.karwath@btlaw.com

John A. West
Greenbaum Doll & McDonald, PLLC
E-mail: jaw@gdm.com

Rene B. Heinrich
The Heinrich Firm, PLLC
heinrichlaw@yahoo.com

Michael D. Grabhorn
Grabhorn Law Office, PLLC
mdg@grabhornlaw.com

INDS02 BAK 959618v1